| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Coral Fowler<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/03/2023     Coral Fowler     [signature]
                     Printed name of Debtor 1     Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                     Printed name of Debtor 2     Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                F 1002-1.EMP.INCOME.DEC

# gusto

# Earnings Statement

Pay period: Sep 4, 2023 - Sep 17, 2023 Pay Day: Sep 22, 2023
Coral Fowler's bank account ( . . . 5780): $1,562.40

**Company**

Amanda Robinson Beauty LLC
Iris and West Lash Co
1250 N La Brea Ave
ste. 122
West Hollywood, CA 90038
206-747-7858

**Employee**

Coral Fowler
XXX-XX-3502
735 N. Los Robles Ave.
Unit 5
Pasadena, CA 91104

**Employee Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $28.50 | 58.85 | $1,677.23 | $18,244.52 |
| Total Hours Worked | | 58.85 | | |
| Paycheck Tips | | | $272.40 | $5,650.26 |
| Gross Earnings | | | $1,949.63 | $23,894.78 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $161.57 | $2,277.42 |
| Social Security | $120.88 | $1,481.48 |
| Medicare | $28.27 | $346.47 |
| CA State Income Tax | $58.96 | $880.85 |
| CA SDI | $17.55 | $215.06 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $120.88 | $1,481.48 |
| Medicare | $28.27 | $346.47 |
| FUTA | $0.00 | $41.99 |
| CA SUI | $0.00 | $153.99 |
| CA ETT | $0.00 | $7.01 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,949.63 | $23,894.78 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $387.23 | $5,201.28 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,562.40 | $18,693.50 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,562.40 | $18,693.50 |

# Earnings Statement

**gusto**

Pay period: Sep 18, 2023 - Oct 1, 2023 Pay Day: Oct 6, 2023
Coral Fowler's bank account ( . . . 5780): $1,348.07

**Company**

Amanda Robinson Beauty LLC
Iris and West Lash Co
1250 N La Brea Ave
ste. 122
West Hollywood, CA 90038
206-747-7858

**Employee**

Coral Fowler
XXX-XX-3502
735 N. Los Robles Ave.
Unit 5
Pasadena, CA 91104

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $28.50 | 53.4 | $1,521.90 | $19,766.42 |
| Paycheck Tips | | | $133.53 | $5,783.79 |
| **Totals** | | **53.4** | **$1,655.43** | **$25,550.21** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $126.27 | $2,403.69 |
| Social Security | $102.63 | $1,584.11 |
| Medicare | $24.01 | $370.48 |
| CA State Income Tax | $39.55 | $920.40 |
| CA SDI | $14.90 | $229.96 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $102.63 | $1,584.11 |
| Medicare | $24.01 | $370.48 |
| FUTA | $0.00 | $41.99 |
| CA SUI | $0.00 | $153.99 |
| CA ETT | $0.00 | $7.01 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,655.43 | $25,550.21 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $307.36 | $5,508.64 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,348.07 | $20,041.57 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,348.07 | $20,041.57 |
| Total Hours Worked | 53.4 | 706.43 |

# Earnings Statement

Pay period: Oct 2, 2023 - Oct 15, 2023 Pay Day: Oct 20, 2023
Coral Fowler's bank account ( . . . 5780): $1,457.41

**Company**

Amanda Robinson Beauty LLC
Iris and West Lash Co
1250 N La Brea Ave
ste. 122
West Hollywood, CA 90038
206-747-7858

**Employee**

Coral Fowler
XXX-XX-3502
735 N. Los Robles Ave.
Unit 5
Pasadena, CA 91104

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $28.50 | 55.21 | $1,573.49 | $21,339.91 |
| Paycheck Tips | | | $232.02 | $6,015.81 |
| **Totals** | | **55.21** | **$1,805.51** | **$27,355.72** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $144.28 | $2,547.97 |
| Social Security | $111.94 | $1,696.05 |
| Medicare | $26.18 | $396.66 |
| CA State Income Tax | $49.45 | $969.85 |
| CA SDI | $16.25 | $246.21 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $111.94 | $1,696.05 |
| Medicare | $26.18 | $396.66 |
| FUTA | $0.00 | $41.99 |
| CA SUI | $0.00 | $153.99 |
| CA ETT | $0.00 | $7.01 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,805.51 | $27,355.72 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $348.10 | $5,856.74 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,457.41 | $21,498.98 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,457.41 | $21,498.98 |
| Total Hours Worked | 55.21 | 761.64 |

![gusto]

# Earnings Statement

Pay period: Oct 16, 2023 - Oct 29, 2023 Pay Day: Nov 3, 2023
Coral Fowler's bank account ( . . . 5780): $1,733.68

**Company**

Amanda Robinson Beauty LLC
Iris and West Lash Co
1250 N La Brea Ave
ste. 122
West Hollywood, CA 90038
206-747-7858

**Employee**

Coral Fowler
XXX-XX-3502
735 N. Los Robles Ave.
Unit 5
Pasadena, CA 91104

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Hourly | $28.50 | 65.79 | $1,875.02 | $23,214.93 |
| Paycheck Tips | | | $309.72 | $6,325.53 |
| **Totals** | | **65.79** | **$2,184.74** | **$29,540.46** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $189.78 | $2,737.75 |
| Social Security | $135.46 | $1,831.51 |
| Medicare | $31.68 | $428.34 |
| CA State Income Tax | $74.48 | $1,044.33 |
| CA SDI | $19.66 | $265.87 |

**Employer Taxes**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $135.46 | $1,831.51 |
| Medicare | $31.68 | $428.34 |
| FUTA | $0.00 | $41.99 |
| CA SUI | $0.00 | $153.99 |
| CA ETT | $0.00 | $7.01 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,184.74 | $29,540.46 |
| Pre-Tax Deductions/Contributions | $0.00 | $0.00 |
| Taxes | $451.06 | $6,307.80 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,733.68 | $23,232.66 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,733.68 | $23,232.66 |
| Total Hours Worked | 65.79 | 827.43 |