United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-17396-BR |
| Coral Fowler | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 27, 2023 | Form ID: van116 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

**Recip ID        Recipient Name and Address**
db              + Coral Fowler, 735 N Los Robles Ave Apt 5, Pasadena, CA 91104-5203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Coral Fowler bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
## Central District of California

In re:
Coral Fowler

CHAPTER NO.: 7

CASE NO.: 2:23–bk–17396–BR

# NOTICE OF DEFICIENCY OF FILING FEES
# REQUIRED TO ADD ADDITIONAL CREDITORS

To: Debtor and Debtor's Attorney of Record,

On 11/22/23 the Clerk's office accepted for filing a mailing matrix and/or schedule D, E/F listing new creditors to be added to the above–listed case. The Court must collect a **$32.00** filing fee whenever creditors are added to the mailing matrix and/or Schedule D, E/F are amended.

Please be aware that no action will be taken by the Court regarding this filing as the creditor(s) will not be added to the case **until after** the filing fee for the document(s) listed above is paid. Note that only parties entered in the case will receive notifications from the court. **To ensure the additional creditor(s) timely receive documents to which they are entitled, please submit the required fling fee immediately.**

Bankruptcy Court Fees may be paid by:

(1) Cash – only acceptable if paying in person.
(2) U.S. Postal Service money order or cashier's check from an acceptable financial institution made payable to the **U.S. Bankruptcy Court.**

   **Credit Cards and Personal/Business Checks ARE NOT ACCEPTED from DEBTORS to pay fees.**
(3) Attorney or law firm checks must include a current pre–printed name, street address, telephone number and California attorney bar number.
(4) Credit card transactions must be made in person by the cardholder, however, this does not apply to electronically filed documents.

Send a copy of this notice with proper payment to:

**255 E. Temple Street, Room 100, Los Angeles, CA 90012**.

Any questions regarding the Court's policies for payment of this fee and/or the check acceptance policy should be directed to the Court's Call Center at the toll free number (855) 460–9641, Monday through Friday, 9:00 a.m. to 4:00 p.m. excluding federal holidays.

Dated: November 27, 2023

BY THE COURT

**Kathleen J. Campbell**
Clerk of Court

(Form van116–ndfacr) Rev (12/2020)

**10 – 8 / WT**