Certificate Number: 14912-CAC-DE-037987501

Bankruptcy Case Number: 23-17396



14912-CAC-DE-037987501

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 2, 2023, at 8:27 o'clock PM EST, Coral Fowler completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  December 2, 2023              By:   /s/Jai Bhatt

                                     Name: Jai Bhatt

                                     Title: Counselor