United States Bankruptcy Court

Central District of California

In re:                                                                    Case No. 23-17396-BR

Coral Fowler                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2024 | Form ID: 318a | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coral Fowler, 735 N Los Robles Ave Apt 5, Pasadena, CA 91104-5203 |
| 41786859 | | ABC Fitness Solutions, 2600Dallas PHWY Ste 590, Frisco, TX 75034 |
| 41749348 | | CITIBANK / WAYFAIR, 50 Northwest Point Blvd, Elk Grove Vlg, IL 60007-1032 |
| 41749353 | | LOGIX FEDERAL CREDIT UNION, 27918 Franklin Pkwy, Valencia, CA 91355-6019 |
| 41749356 | + | UNISA INC, 7400 E Arapahoe Rd Ste 1, Centennial, CO 80112-1282 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Feb 13 2024 05:27:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Feb 13 2024 05:27:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Feb 13 2024 00:37:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41749341 | EDI: TSYS2 | Feb 13 2024 05:27:00 | BARCLAYS BANK, PO Box 8803, Wilmington, DE 19899-8803 |
| 41749342 | EDI: TSYS2 | Feb 13 2024 05:27:00 | BARCLAYS BANK / GAP, PO Box 8803, Wilmington, DE 19899-8803 |
| 41749345 | EDI: CITICORP | Feb 13 2024 05:20:00 | CITIBANK, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 41749346 | EDI: CITICORP | Feb 13 2024 05:20:00 | CITIBANK / BEST BUY, 50 Northwest Point Blvd, Elk Grove Vlg, IL 60007-1032 |
| 41749347 | EDI: CITICORP | Feb 13 2024 05:20:00 | CITIBANK / HOME DEPOT, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41749349 | EDI: WFNNB.COM | Feb 13 2024 05:27:00 | COMENITY CAPITAL / SEPHORA, PO Box 182120, Columbus, OH 43218-2120 |
| 41749350 | + EDI: MAXMSAIDV | Feb 13 2024 05:20:00 | DEPT OF ED/AIDVANTAGE, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 41749351 | + Email/Text: mandr@firstent.org | Feb 13 2024 00:37:00 | FIRST ENTERTAINMENT CU, 6735 Forest Lawn Dr, Hollywood, CA 90068-1028 |
| 41749352 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 13 2024 00:38:00 | GOLDMAN SACHS / APPLE CARD, PO Box 6112, Philadelphia, PA 19115-6112 |
| 41749343 | EDI: JPMORGANCHASE | Feb 13 2024 05:20:00 | CHASE AUTO FINANCE, PO Box 901003, Fort Worth, TX 76101-2003 |
| 41749344 | EDI: JPMORGANCHASE | Feb 13 2024 05:20:00 | CHASE CARD SERVICES, PO Box 15369, Wilmington, DE 19850-5369 |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2024 | Form ID: 318a | Total Noticed: 22

| 41749354 | EDI: SYNC | | |
| | | Feb 13 2024 05:20:00 | SYNCHRONY / AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 41749355 | EDI: SYNC | | |
| | | Feb 13 2024 05:20:00 | SYNCHRONY / PAYPAL, PO Box 530975, Orlando, FL 32896-0001 |
| 41749357 | Email/Text: bankruptcy_notices@wgresorts.com | | |
| | | Feb 13 2024 00:37:00 | WESTGATE RESORTS, 5601 Windhover Dr, Orlando, FL 32819-7936 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Coral Fowler bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Coral Fowler** | Social Security number or ITIN   xxx–xx–3502 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:23–bk–17396–BR | |

# Order of Discharge – Chapter 7                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Coral Fowler

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/12/24

**Dated:** 2/12/24

By the court:   Barry Russell
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

16/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**